Joseph Kaufman and William Bernstein, trading as Joseph Kaufman & Company, Plaintiffs in Error, v. Chicago, Indianapolis & Louisville Railway Company, Defendant in Error.

Gen. No. 21,266.    (Not to be reported in full.)

Error to the Municipal Court of Chicago; the Hon. JOHN A. MAHONEY, Judge, presiding. Heard in the Branch Appellate Court at the March term, 1915. Reversed and remanded. Opinion filed October 10, 1916.

## Statement of the Case.

Action by Joseph Kaufman and William Bernstein, trading as Joseph Kaufman & Company, plaintiffs, against the Chicago, Indianapolis & Louisville Railway Company, a corporation, defendant, for damages for wrongful detention of a shipment consigned to the plaintiffs. To review a judgment for defendant, plaintiffs prosecute a writ of error.

CHARLES A. BUTLER, for plaintiffs in error; FRANKLIN RABER, of counsel.

No appearance for defendant in error.

MR. JUSTICE McGOORTY delivered the opinion of the court.

## Abstract of the Decision.

CARRIERS, § 93*—*when exclusion of bill of lading as evidence erroneous.* In an action by a consignee of a shipment against a carrier for wrongful detention thereof, *held* that refusal of the trial court to admit in evidence a bill of lading issued by the carrier, and showing that the shipment was consigned to the plaintiffs, was reversible error.